MARY D. KETCHAM, an Infant, by IDA D. VROOMAN, Her
Guardian ad Litem, Appellant, *v.* FRED B. WILBUR, as
Executor of MARY B. HAND, Deceased, Respondent.

(Argued February 11, 1931; decided March 24, 1931.)

*Henry E. Newell* for appellant.
*Mark E. Conan* and *Willis H. Michell* for respondent.

*Per Curiam.* Upon the record in this case, the trial
judge was not required, if indeed he had the power,
under a fair construction of the statute, to add interest
to the verdict.

The question of the constitutionality of the statute is
not involved or considered.

526

The order should be affirmed, with costs, and the question certified answered in the negative.

CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ., concur.

Order affirmed, etc.